# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| TERRENCE LYNDON JERMAINE BRADSHAW, | C/A No.: 0:12-cv-3624 DCN |
| Petitioner, | **ORDER** |
| vs. | |
| MICHAEL MCCALL, | |
| Respondent. | |

This matter is before the court pursuant to petitioner's Motion to Alter or Amend Judgment. This motion was filed on February 20, 2014. After reviewing the motion, it is therefore

**ORDERED**, that petitioner's Motion to Alter Judgment is **DENIED.**

**AND IT IS SO ORDERED**.

_____
David C. Norton
United States District Judge

March 10, 2014
Charleston, South Carolina